# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00393-CV

**Intrado, Inc., Appellant**

**v.**

**Commission on State Emergency Communications, et al., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN300339, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Intrado, Inc. filed with this Court a motion to dismiss, informing this Court that the parties have resolved their disputes to their mutual satisfaction.  Accordingly, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed:   August 29, 2003